IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr62-MHT |
| | ) | (WO) |
| THOMAS WILLIAM GRIER | ) | |

**ORDER**

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 64) and the objections filed by defendant Thomas William Grier (doc. no. 70); and after an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) Defendant Thomas William Grier's objections (doc. no. 70) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 64) is adopted.

(3) Defendant Grier's motion to suppress (doc. no. 16) is denied.

DONE, this the 27th day of January, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**