## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cr-62-MHT |
| | ) | (WO) |
| THOMAS WILLIAM GRIER | ) | |

## FINAL ORDER OF FORFEITURE

Before the court is the government's motion for a final order of forfeiture. The July 1, 2020, preliminary order of forfeiture (doc. no. 125) ordered defendant Thomas William Grier to forfeit his interest in live ammunition. Because that property is worth less than $1,000 and defendant is the only potential claimant, publication of notice was not required. Fed. R. Civ. P. Supp. R. G(4)(a)(i)(A). The government gave defendant notice in the superseding indictment that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c). The government has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

It is therefore **ORDERED** that the motion for a final order of forfeiture (doc. no. 153) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **live ammunition.**

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law.

      3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

      4.      The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

      DONE, this the 30th day of October, 2020.

 

                                            /s/   Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE