IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr62-MHT |
| | ) | (WO) |
| THOMAS WILLIAM GRIER | ) | |

## ORDER

Based on the representations made in the status report filed on November 15, 2021 (Doc. 169), it is ORDERED that, on or before January 31, 2022, the supervising probation officer and defense counsel are to file another joint report on the following matters:

(1) Defendant Thomas William Grier's drug treatment, including but not limited to his treatment at Alethia House.

(2) Defendant Grier's PTSD treatment, as defendant Grier has previously stated his PTSD is his biggest problem.

After receiving this report, the court will decide whether to ask for another status report and/or hold another status conference.

DONE, this the 18th day of November, 2021.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE