IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:19cr62-MHT** |
| | ) | **(WO)** |
| **THOMAS WILLIAM GRIER** | ) | |

### ORDER

Based on the representations made in the status report (Doc. 176), it is ORDERED that, on or before April 11, 2022, the parties are to file another status report on the following matters:

(1) Whether defendant Thomas William Grier has begun to receive PTSD treatment from the Veteran's Administration and, if so, how he is doing in the program and when he is expected to complete it.

(2) Whether defendant Grier has started to receive PTSD treatment in the community from Dr. Kale Kirkland while waiting to enter the Veteran's Administration program and, if so, how he is doing.

After receiving the evaluation and report, the court will decide whether to ask for another status report and/or hold another status conference.

DONE, this the 10th day of February, 2022.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE