IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:19cr62-MHT
                            )            (WO)
THOMAS WILLIAM GRIER        )
```

## ORDER

Based on defendant Thomas William Grier's plea of guilty to the amended revocation petition (Doc. 201) in open court on December 1, 2022, it is ORDERED that:

(1) Defendant Grier is adjudged guilty of charges 1, 2, 3, and 4 in the amended revocation petition (Doc. 201).

(2) Sentencing is continued generally.

(3) Once defense counsel has filed with the court a notice that defendant Grier has been admitted to the inpatient, dual-diagnosis treatment program at the Central Alabama Veterans Healthcare System - East Campus in Tuskegee, Alabama, the court will order defendant Grier's release to participate in that program.

(4) Defendant Grier's conditions of supervision are amended to include that he successfully complete the above VA program.

(5) A status conference, to discuss how defendant Grier is progressing and whether sentencing should resume, is set for January 13, 2023, at 9:00 a.m.  The courtroom deputy is to arrange for the conference to be by telephone.

(6) Three business days before the status conference, government and defense counsel are to file a report on how defendant Grier is progressing and whether sentencing should resume.

DONE, this the 2nd day of December, 2022.

                                     /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**