IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )         2:19cr62-MHT
                            )              (WO)
THOMAS WILLIAM GRIER        )
```

## ORDER

So that defendant Thomas William Grier may begin his treatment at the inpatient, dual-diagnosis treatment program at the Central Alabama Veterans Healthcare System, *see* Status Report (Doc. 217), it is ORDERED that:

(1) The status conference, now set for January 13, 2023, is reset for March 10, 2023, at 8:00 a.m., to discuss how defendant Grier is progressing and whether sentencing should resume. The courtroom deputy is to arrange for the conference to be conducted by telephone.

(2) Three business days before the status conference, government and defense counsel are to file a report on how defendant Grier is

progressing and whether sentencing should resume.

DONE, this the 12th day of January, 2023.

                        /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE