IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
      v.                    )        2:19cr62-MHT
                            )            (WO)
THOMAS WILLIAM GRIER        )
```

## ORDER

Because defendant Thomas William Grier is in the hospital and has tested positive for COVID, it is ORDERED that his motion for reconsideration (Doc. 222) is granted to the following extent:

(1) His release from custody to receive treatment at the Veterans Affairs Healthcare System-Fort McPherson in Atlanta, Georgia, pursuant to the court's order entered today (Doc. 221), is stayed, and the status conference set for April 11, 2023, is canceled.

(2) A status conference is set for March 15, 2023, at 8:00 a.m., to discuss how to proceed in light of the changed circumstances. The courtroom deputy is to arrange for the conference to be conducted by telephone.

2

(3) Three business days before the status conference, defense counsel is to file a report on how to proceed in light of the changed circumstances.

DONE, this the 27th day of February, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE