IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )    CRIMINAL ACTION NO.
     v.                    )        2:19cr62-MHT
                           )            (WO)
THOMAS WILLIAM GRIER       )
```

ORDER

The court having been informed in writing that defendant Thomas William Grier wants his inpatient treatment to be at the Veterans Affairs Healthcare System-Fort McPherson in Atlanta, Georgia rather than the Central Alabama Veterans Healthcare System - East Campus in Tuskegee, Alabama, *see* Status Report (Doc. 220), and the court having been informed that the government and probation do not object, *see* Motion to Lift Stay (Doc. 225), it is ORDERED that the motion to lift stay of release order (Doc. 225) is granted to the following extent:

(1) Sentencing on the amended revocation petition (Doc. 201) is again continued generally.

(2) Defendant Grier is to be released from the custody of the United States Marsal Service on March 7, 2023, at 2:30 a.m., into the custody of the Federal Defenders and/or the VA to be transported, by the Federal Defenders and the VA, to the Fort McPherson VA facility to participate in the domiciliary residential rehabilitation treatment program and substance use disorder program and to have access to all other appropriate therapy and specialists. The court understands that the programs last at least 60 days.

(3) Defendant Grier's conditions of supervision are amended to include that he successfully complete the above VA program in Atlanta.

(4) A status conference, to discuss how defendant Grier is progressing and whether sentencing should resume is set for May 11, 2023, at 8:30 a.m. The courtroom deputy is to arrange for the conference to be by telephone. The status

conference set for March 15, 2023, is cancelled.

(5) Three business days before the status conference, government and defense counsel are to file a report on how defendant Grier is progressing and whether sentencing should resume.

DONE, this the 6th day of March, 2023.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE